**Fill in this information to identify the case:**

Debtor name: Reagor-Dykes Floydada, LP
United States Bankruptcy Court for the: NORTHERN DISTRICT OF TEXAS
Case number (if known): 18-50219

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| ADI<br>5901 Spur 327<br>Lubbock, TX 79424 | 806-798-4000 | Parts | | | | $2,788.27 |
| Advantage Supply<br>P.O. Box 471103<br>Fort Worth, TX 76147 | 866-280-1846 | Office Supplies | | | | $879.09 |
| American Tire Distributor<br>P.O. Box 889<br>Huntersville, NC 28070 | 704-992-2000 | Tires | | | | $1,018.78 |
| Ameripride Services, Inc.<br>P.O. Box 1594<br>Bemidji, MN 56619 | 800-660-3651 | Laundry Service | | | | $1,053.08 |
| AT&T<br>P.O. Box 105414<br>Atlanta, GA 30348 | 800-288-2020 | Phone and Internet | | | | $1,555.91 |
| Bristo Battery<br>P.O. Box 3608<br>Lubbock, TX 79452 | 806-745-2052 | Parts | | | | $467.39 |
| Clear Vu Auto Glass<br>7415 82nd St.<br>Lubbock, TX 79424 | 806-791-4311 | Auto Glass | | | | $832.97 |
| CPW Lubbock<br>4319 Hurron Ave., Suite A<br>Lubbock, TX 79407 | 806-686-3520 | Supply Parts | | | | $3,412.96 |
| Custom Sound Works<br>5131 80th St.<br>Lubbock, TX 79424 | michelle@customsoundworks.com<br>806-748-5683 | Professional Services | | | | $718.00 |
| Digicut<br>7700 E. 38th St.<br>Tulsa, OK 74145 | 918-622-4725 | Parts and Tint | | | | $2,632.49 |

Debtor  Reagor-Dykes Floydada, LP
Name

Case number *(if known)*  18-50219

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Driveline Express 1615 Buddy Holly Ave. Lubbock, TX 79401 | 806-762-5896 | Parts | | | | $1,084.80 |
| Ford Motor Credit 9009 Carothers Parkway Franklin, TN 37067 | Keith Langley or Brandon Bains klangley@l-llp.com 214-722-7171 | Vehicles and Titles | | $18,595,766.00 | $9,937,091.00 | $8,658,675.00 |
| Frontier Dodge 5801 Spur 327 Lubbock, TX 79424 | 806-798-4500 | Parts | | | | $413.42 |
| Holmes Plumbing 1432 CR 242 Floydada, TX 79235 | Steve Holmes 806-983-2251 | Plumbing Service | | | | $268.30 |
| Reynolds and Reynolds P.O. Box 182206 Columbus, OH 43218 | John Brannam john-brannam@reyrey.com | Computer Software | | | | $476.93 |
| Safety Kleen 2600 N. Central Express Suite 400 Richardson, TX 75080 | 800-323-5040 | Oil Removal | | | | $1,289.99 |
| Scoggin Dickey Parts Center 5901 Spur 327 Lubbock, TX 79424 | Dave Zwiacher 806-589-0021 | Parts | | | | $1,540.77 |
| South Plains Parts Co. 1103 S. Ralls Hwy. Floydada, TX 79235 | 806-983-6272 | Parts | | | | $806.58 |
| Stephen Fyffe c/o Michael Carper and Robert Nebb Law Offices of Michael Carper 1102 Main Street Lubbock, TX 79401 | Michael Carper or Robert Nebb rnebb@caperlaw.com 806-747-3016 | Loan | | | | $102,336.00 |
| Suddenlink 1820 SSW Loop 323 Tyler, TX 75701 | 1-800-490-9604 | Internet | | | | $400.46 |